# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

March 31, 2003

**Before**

**Hon.** Frank H. Easterbrook, *Circuit Judge*

**Hon.** Ilana Diamond Rovner, *Circuit Judge*

**Hon.** Diane P. Wood, *Circuit Judge*

**Nos.** 01-3550, 01-3676

| | |
|---|---|
| LEE A. HATCHER, SR.,<br>    *Plaintiff-Appellant, Cross-Appellee*,<br><br>    *v.*<br><br>CONSOLIDATED CITY OF INDIANAPOLIS and<br>STEVEN STAAL,<br>  *Defendants-Appellees, Cross-Appellants*. | Appeals from the United States<br>    District Court for the<br>    Southern  District of Indiana,<br>    Indianapolis Division.<br><br>No. IP 96-1776-C-Y/G<br><br>**Richard L. Young**, *Judge*. |

**O R D E R**

The opinion of this court issued on March 19, 2003 is amended as follows:

Page11, line 21 - Add closed quotation mark (") at end of line.